UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID GARCIA,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is scheduled for **Monday, April 23, 2012, at 9:00 a.m.**

    Dated: March 1, 2012