# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID GARCIA,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Supervised Release Violation hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on May 15, 2012, it is hereby

ORDERED that Defendant David Garcia is sentenced to **TIME SERVED** and shall be released from custody on **Wednesday, May 16, 2012.**

    Dated: May 15, 2012.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE